| | |
|---|---|
| DONNIE FERGUSON, | No. 2:17-CV-1930-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| REDDING POLICE DEPARTMENT, et al., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is defendants' motion to compel (Doc. 9). The matter was heard before the undersigned in Redding, California, on November 14, 2018, at 10:00 a.m. Tracey Amundson, Esq., appeared for defendants. Plaintiff's counsel failed to appear.

Having considered the moving papers and arguments from defendants' counsel, plaintiff's failure to participate in the meet-and-confer process, plaintiff's counsel's failure to appear at the hearing, and good cause appearing therefor, defendants' motion to compel is granted. Plaintiff is directed to serve supplemental <u>verified</u> responses to defendants' discovery requests, <u>without objections</u>, on or before November 26, 2018. Plaintiff's counsel is further

/ / /

/ / /

directed to appear before the undersigned in Redding, California, on November 28, 2018, at 10:00 a.m., to show cause why appropriate sanctions should not be imposed.

        IT IS SO ORDERED.

Dated: November 19, 2018

                                DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE