IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE FERGUSON, | No. 2:17-CV-1930-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| REDDING POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On November 20, 2018, the court granted defendants' motion to compel and directed plaintiff's counsel to show cause why reasonable expenses should not be awarded. See Doc. 17 (November 20, 2018, order). A hearing was held on December 12, 2018, at 10:00 a.m. before the undersigned in Redding, California. Tracey Amundson, Esq., appeared for defendants. Ralph Rios, Esq., appeared for plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | Having considered the arguments of counsel, as well as the declarations filed by |
| 2 | defendants, the court finds that an award of reasonable expenses in the amount of $3,216.00 is |
| 3 | appropriate, payable by plaintiff's counsel to defendants within 14 days of the date of this order. |
| 4 | <u>See</u> Fed. R. Civ. P. 37(a)(5). |
| 5 | IT IS SO ORDERED. |

Dated: December 19, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE