Patrick L. Deedon, State Bar No.: 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorney(s) for Defendants,
REDDING POLICE DEPARTMENT,
POLICE CHIEF ROB PAOLETTI,
SERGEANT AARON MAREADY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DONNIE FERGUSON,<br><br>    Plaintiff,<br><br>vs.<br><br>REDDING POLICE DEPARTMENT,<br>POLICE CHIEF ROB PAOLETTI,<br>SERGEANT AARON MAREADY, and<br>DOES 1-10,<br><br>    Defendants.<br>_____/ | CASE NO.:  2:17-cv-01930-TLN-DMC<br><br>**ORDER ON DEFENDANTS' *EX PARTE* APPLICATION** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

**ORDER ON DEFENDANTS' *EX PARTE* APPLICATION**                                                                                                                 **PAGE 1**

Having reviewed Defendants' unopposed *Ex Parte* Application, Memorandum of Points and Authorities, and the Declaration of Tracey A. Werner (ECF No. 21), and good cause appearing under Federal Rule of Civil Procedure 16, it is hereby ordered that:

1. Defendants' *Ex Parte* Application for an Order Shortening Time to seek such relief (ECF No. 21) is GRANTED.
2. Defendants *Ex Parte* Application for an Order Modifying the Court's Scheduling Order (ECF No. 21) is also GRANTED.
3. The deadline for disclosure of expert witnesses shall be extended to not later than forty-five (45) days following entry of an order on Defendants' Motion to Dismiss (ECF No. 20).
4. All other dates and deadlines in the May 21, 2018 Pretrial Scheduling Order (ECF No. 8) shall remain the same.

IT IS SO ORDERED.

Dated: March 18, 2019

Troy L. Nunley
United States District Judge

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050